IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) NO. 1.25cr109
)
DALE BRITT BENDLER )

## CONSENT ORDER OF FORFEITURE

WHEREAS, defendant pled guilty to a criminal information charging him with acting as a foreign agent while being a public official, in violation of 18 U.S.C. § 219, and pursuant to his plea, agreed to forfeit certain property that constituted the proceeds of his offense or was traceable to such proceeds, or a substitute for such proceeds, including the property that is the subject of this order of forfeiture;

WHEREAS, the defendant agrees that he derived proceeds of this offense in an amount no less than $85,000;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to discussion of forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(c), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the $85,000 remitted by the defendant to the United States by check #2446, dated April 18, 2025, and drawn on defendant's account at Wells Fargo Bank, is forfeited to the United States of

U.S. v. Bendler, Crim. No. 1.25cr109
Consent Order of Forfeiture
Page 2

America as the proceeds of the defendant's acting as a foreign agent while being a public official, in violation of 18 U.S.C. § 219, property traceable to such proceeds, or a substitute for such proceeds.

2. The United States shall publish notice of this order and of its intent to dispose of the property one time in such manner as the Attorney General may direct. The United States shall also, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property.

4. Any person, other than the defendant, asserting any legal interest in the property may, within 30 days of the final publication of notice or his receipt of notice, whichever is earlier, petition the court pursuant to 21 U.S.C. § 853(n) for a hearing to adjudicate the validity of his alleged interest in the property.

5. Following the Court's disposition of all petitions filed, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in the property, the United States shall have clear title to the property.

Dated this 23rd day of April 2025.

/s/
Rossie D. Alston, Jr.
United States District Judge

WE ASK FOR THIS:

Gordon D. Kromberg
Assistant United States Attorney

DALE BRITT BENDLER
Defendant

Jesse R. Binnall
Counsel for DALE BRITT BENDLER