UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE BRITT BENDLER<br><br>Defendant. | Case No. 1:25-CR-00109-RDA |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, Dale Britt Bendler, respectfully requests that this honorable court continues the sentencing hearing currently scheduled for July 16, 2025, to a date in early September that is convenient to the Court.[1] This Motion comes as a result of delays in the CIPA application and approval process, as well as a medical procedure for undersigned counsel, Mr. Roberts, scheduled for July 15, 2025, in Bradenton, Florida, which will prevent travel.

The Government does not oppose this motion.

Dated: July 8, 2025                                    Dale Britt Bendler
                                                                        By Counsel

                                                                        BINNALL LAW GROUP, PLLC

---

[1] The Government is unavailable on September 9, 2025.

1

*/s/   Jesse R. Binnall*
Jesse R. Binnall, VSB No. 79292
Jared J. Roberts, VSB No. 97192
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
         jared@binnall.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/     *Jesse R. Binnall*
Jesse R. Binnall