**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-00109-RDA |
| DALE BRITT BENDLER | |
| Defendant. | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, Dale Britt Bendler, respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for September 24, 2025. Defendant requests that the hearing be rescheduled to a date approximately two weeks thereafter, or to such later date as is convenient to the Court.

On September 17, 2025, this Court entered the Protective Order Pertaining to Classified Information. Dkt. No. 23. Counsel will not have access to the classified materials in this case until September 19, 2025. Counsel is acting timely and diligently with Mr. Rucker to review these materials; however, to ensure the competence of counsel and the adequacy of representation, additional time is necessary to complete this review in advance of sentencing.

The Government does not oppose this motion.

Dated: September 17, 2025

Dale Britt Bendler
By Counsel

BINNALL LAW GROUP, PLLC

/s/     *Jesse R. Binnall*
Jesse R. Binnall, VSB No. 79292
Jared J. Roberts, VSB No. 97192
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
        jared@binnall.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/     *Jesse R. Binnall*
Jesse R. Binnall