To:

The Honorable Rossie D. Alston Jr.
Judge, U.S. District Court for the
Eastern District of Virginia

From:

Dale B. Bendler
951 Brickell Ave Apt 3611
Miami, FL 33131

Docket No. 25-CR-00109 (ED/VI)

Your Honor:

    I, Dale Britt Bendler, respectfully consent that my sentencing hearing take place approximately two weeks after 24 September 2025.

    Respectfully,

*[signature]*

Dale B. Bendler        Miami, FL 18 September 2025